640 So.2d 1219 (1994)
Christian E. MOSCO, Appellant,
v.
STATE of Florida, Appellee.
No. 94-248.
District Court of Appeal of Florida, Fifth District.
August 5, 1994.
James B. Gibson, Public Defender, and Kenneth Witts, Asst. Public Defender, Daytona Beach, for appellant.
No appearance for appellee.
W. SHARP, Judge.
We affirm Mosco's convictions and sentences for three counts of burglary of a conveyance[1] and one count (each) of aggravated battery,[2] possession of burglary tools,[3] and grand theft.[4] However, we note a scrivener's error in the final judgment which states that Count II, aggravated battery, is a first degree felony, when it is (in fact) a second degree felony. We remand for the sole purpose of correcting the scrivener's error. Mosco need not be present.
AFFIRM; REMAND to correct scrivener's error.
PETERSON and THOMPSON, JJ., concur.
NOTES
[1] § 810.02(3), Fla. Stat. (1993).
[2] § 784.045(1)(a), Fla. Stat. (1993).
[3] § 810.06, Fla. Stat. (1993).
[4] § 812.014(1) and (2)(c)1, Fla. Stat. (1993).